In the Matter of LEONARD S. TOPPER, an Attorney, Respondent.

First Department, June 16, 1939.

*Einar Chrystie*, for the petitioner.

No appearance for the respondent.

PER CURIAM. On April 17, 1937, in the Court of General Sessions of the County of New York, the respondent pleaded guilty to the crime of grand larceny in the second degree, which crime is a felony.

Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law, the respondent, therefore, should be disbarred.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON and DORE, JJ.

Respondent disbarred.